FILED June 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002725714

Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for the Debtor(s)
LYNN THOMPSON & MARY LOUISE THOMPSON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

| | |
|---|---|
| **LYNN THOMPSON**<br>XXX-XX-5480<br><br>**MARY LOUISE THOMPSON**<br>XXX-XX-7796<br><br><br><br>Debtor(s). | Case No.: 10-35971-C-7<br><br>MOTION FOR AN ORDER APPROVING ABANDONMENT OF LYNN THOMPSON ELECTRIC (A SOLE PROPRIETORSHIP)<br><br>DC No.: SNM-1<br>DATE: AUGUST 3, 2010<br>TIME: 9:30 A.M.<br>DEPT#: C – COURTROOM 35<br>HONORABLE JUDGE KLEIN |

## MOTION FOR AN ORDER APPROVING ABANDONMENT
## OF LYNN THOMPSON ELECTRIC (A SOLE PROPRIETORSHIP)

TO THE HONORABLE BANKRUPTCY JUDGE,

The Motion of Lynn Thompson and Mary Louise Thompson respectfully represents:

1. Movants filed a voluntary petition for relief under Title 11 of the United States Code on June 18, 2010.
2. At the time of the entry of the order for relief debtors were in possession of the following described property: Lynn Thompson Electric (a sole proprietorship), located at 691 Kingman Drive, Vacaville, CA 95687, consisting of personal property described on Schedule B and as more particularly described on debtors declaration filed herewith.
3. The property so described is claimed as exempt by the debtors under CCP 703.140(b)(6) and CCP 703.140(b)(5) and no administration by the trustee is contemplated.
4. Movants desire to continue to operate said business during the pending of the bankruptcy proceeding, and require an order of abandonment under Bankruptcy Rule 6007.

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: June 22, 2010            /s/ Stephen Murphy
                                             STEPHEN MURPHY
                                             Attorney for Debtor(s)